**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| **LIONRA TECHNOLOGIES LTD.**, <br><br> Plaintiff, <br><br> v. <br><br> **MOTOROLA MOBILITY LLC**, <br><br> Defendant. | Case No. 1:22-cv-2231 <br><br> Hon. Andrea R. Wood |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff Lionra Technologies Limited and Defendant Motorola Mobility LLC, by their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6, respectfully request that the Court extend Defendant's deadline to respond to the Complaint through July 11, 2022. In support, the parties state:

1.      Plaintiff filed the Complaint on April 28, 2022. ECF No. 1.

2.      Motorola Mobility LLC was served with a copy of the Complaint on May 5, 2022, and pursuant to the Federal Rules must respond to the Complaint on or before May 26, 2022.

3.      The parties' counsel met and conferred on May 17, 2022 and May 18, 2022. Counsel for Defendant requested additional time to respond to the Complaint.  Based on that discussion, the parties agree and stipulate, subject to this Court's approval, that Defendant's time to respond should be extended by 45 days, which by virtue of Rule 6(a)(1)(C) would establish July 11, 2022, as the deadline for Defendant to respond to the Complaint.

4.      This is the *first* request for any extension of time in this matter.

EAST\191610854.2

5.      The parties seek the relief set forth herein for good cause and in the interest of efficiency, not for the purposes of delaying the proceedings.

**WHEREFORE**, for the foregoing reasons, the parties respectfully request that the Court extend each Defendant's deadline to respond to the Complaint through July 11, 2022.

**Dated**: May 26, 2022                              **Respectfully submitted,**

*/s/ Marc A. Fenster*                                 */s/ Ferlillia V. Roberson*
Reza Mirzae                                          Ferlillia Roberson
CA State Bar No. 246953                              (ferlillia.roberson@us.dlapiper.com)
Marc A. Fenster                                      **DLA Piper LLP (US)**
CA State Bar No. 181067                              444 West Lake Street, Suite 900
Neil A. Rubin                                        Chicago, Illinois 60606
CA State Bar No. 250761                              T: 312.368.4000
RUSS AUGUST & KABAT 12424
Wilshire Boulevard, 12th Floor                       *Attorney for Defendant*
Los Angeles, CA 90025                                *Motorola Mobility LLC*
Telephone: 310-826-7474
Email: mfenster@raklaw.com
Email: rmirzaie@raklaw.com
Email: nrubin@raklaw.com

*Attorneys for Plaintiff*
*Lionra Technologies Limited*

2